UNITED STATES DISTRICT COURT
for the
Southern District of Texas

_____ Division

United States Courts
Southern District of Texas
FILED
*07/30/2025*
Nathan Ochsner, Clerk of Court

Nameah Helaire

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Houston Police Department, Harris County District Attorney's Office, Antonio Villarreal, Christian Rome Daniel Nunez Amtaro Montoya, Angel August

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nameah Helaire |
| Address | 910 Pollard ST |
| | Houston, TX 77020 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | 470-285-0714 |
| E-Mail Address | |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Antonio Villarreal Badge #9799 |
| Job or Title *(if known)* | Officer |
| Address | 1200 Travis ST |
| | Houston, TX 77002 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Christian Rome, Badge #10636 |
| Job or Title *(if known)* | Officer |
| Address | |
| | Houston, TX 77002 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✓] Individual capacity    [✓] Official capacity

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Nameah Helaire
Address: 910 Pollard ST
City: Houston   State: TX   Zip Code: 77020
County:
Telephone Number: 470-285-0714
E-Mail Address:

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: ~~Antonio Villarreal Badge #9799~~ Daniel Nunez
Job or Title (if known): Officer
Address: 1200 Travis ST
City: Houston   State: TX   Zip Code: 77002
County:
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: The Harris County District Attorney's Office
Job or Title (if known):
Address: 1201 Franklin, Suite 600,
City: Houston   State: TX   Zip Code: 77002
County:
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

Defendant No. 3
Name: Amtaro Montoya, Badge #9630
Job or Title (if known): Officer
Address: 9455 W Montgomery
City: Houston   State: TX   Zip Code: 77088
County:
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: Angel August
Job or Title (if known): Sergeant
Address: 9455 W Montgomery
City: Houston   State: TX   Zip Code: 77088
County:
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nameah Helaire |
| Address | 910 Pollard St |
| | Houston, TX, 77020 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | 470-285-0714 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Houston Police Department |
| Job or Title *(if known)* | |
| Address | 1200 Travis St |
| | Houston, TX, 77002 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✔] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Harris County District Attorney's Office |
| Job or Title *(if known)* | |
| Address | 1201 Franklin St, Houston, TX 77002 |
| | Houston, TX, 77002 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✔] Official capacity

**The events giving rise to my claims occurred in Houston, Texas, specifically involving officers and departments located at:**
Houston Police Department – Internal Affairs, 1200 Travis St, Houston, TX 77002

Family Violence Unit, 9455 W Montgomery Rd, Houston, TX 77088

Various locations related to police investigations, arrests, and misconduct during encounters with officers named Daniel Nunez, Amtaro Montoya, Sergeant Angel August, and others.

### III. Statement of Claim
State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed

III. Statement of Claim
False Allegations and Failure to Investigate – June 17, 2023
On June 17, 2023, Officer Rome of the Houston Police Department falsely accused me of arson without ever contacting me to investigate or verify the facts. The report was based solely on statements made by Gregory Hanna, who alleged his truck was burned. I have text message proof that his vehicle was not burned. Despite this, I was not contacted or questioned. Instead, I found out about the warrant through Gregory himself, which placed me in danger and under public shame. This action by Officer Rome was reckless and malicious.

Unprofessional Conduct and Withholding of Public Information – July 10–15, 2025
On July 10, 2025, I called the Family Violence Unit located at 9455 W Montgomery Rd, Houston, TX 77088, and asked for an officer by the name of Austin or August. The staff refused to provide her full name and hung up on me. On July 14, 2025, I called back around 9:40 a.m. and requested the badge number and full name of an officer I was speaking with. They again refused, violating my right to transparency and accountability. Officers at this department acted with hostility, defensiveness, and failed to provide basic public information.

Negligence by Internal Affairs and Lack of Oversight
I reported this behavior to Daniel Nunez of Internal Affairs, located at 1200 Travis St, Houston, TX 77002, but no action was taken. My complaints were ignored or dismissed. Sergeant Angel August and Officer Amtaro Montoya (badge #9630) from the Family Violence Unit also failed to intervene or investigate the internal issues I raised.

### IV. Injuries
**If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive**

As a direct result of the actions and inactions by the Houston Police Department officers, I experienced severe emotional and psychological distress. Being falsely accused of arson without investigation caused me panic attacks, anxiety, fear for my safety, and public embarrassment. I struggled with sleep loss, heightened stress, and mental anguish due to the wrongful warrant issued without proper procedure.

I also suffered reputational damage in my community, fear of unjust arrest, and trauma from being treated like a criminal based solely on someone else's false claims.

Despite these symptoms, I have not received formal medical treatment due to a lack of resources and fear of further targeting. However, the psychological toll has been significant and continues to impact my mental well-being and day-to-day functioning.

Additionally, because of the false allegations and police reports, my background has been permanently tarnished, making it extremely difficult for me to secure stable housing or employment. Landlords and employers have rejected me based on misinformation and records stemming from these wrongful claims, despite my innocence.

This has led to financial instability, increased stress, and ongoing barriers to rebuilding my life and providing for myself and my family.

### V. Relief

**State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims**

I am asking the Court to:

Award me $2,500,000 in damages for the emotional distress, reputational harm, loss of housing and job opportunities, and ongoing mental anguish caused by the false allegations and police misconduct.

Order that all false records and reports made against me by the police be expunged or corrected to restore my good name.

Require an official investigation into the conduct of the officers involved and ensure appropriate disciplinary action is taken.

Grant any other relief the Court finds just and fair to fully address the harm I have suffered.

### VI. Certification and Closing

**Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11**

Is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

Is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law;

The factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

The complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/24/2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: NAMEAH HELAIRE

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address