UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 2 2 2025

Nathan Ochsner, Clerk of Court

Nameah Helaire,
Plaintiff,

v.                                                  Civil Action No. 4:25-cv-03547

Houston Police Department Headquarters,
Defendant.

---

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff **Nameah Helaire** respectfully moves this Court for entry of a default judgment against Defendant, **Houston Police Department Headquarters**, and in support states as follows:

### I. BACKGROUND

1. Plaintiff filed the Complaint on 9/2025
2. Defendant was served on 9/4/2025, as documented in the Proof of Service filed on 9/4/2025.
3. Defendant failed to answer or otherwise respond within the 21-day period required by Rule 12(a).
4. On [Insert Date of Clerk's Entry of Default], the Clerk entered default pursuant to Rule 55(a).
5. Defendant is a public agency and is not an infant, incompetent, or subject to the Service members Civil Relief Act.

### II. RELIEF REQUESTED

Plaintiff seeks the following relief:

- An order compelling the production of documents subpoenaed from Houston Police Department Headquarters;
- [Optional: If seeking damages] Monetary damages in the amount of $[Insert Amount], supported by evidence;
- [Optional] Declaratory or injunctive relief deemed just and proper by the Court.

Plaintiff is prepared to submit supporting evidence and testimony upon the Court's request to prove entitlement to the requested relief.

### III. CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment by default in favor of Plaintiff and against Defendant **Houston Police Department Headquarters**, and grant such further relief as this Court deems just and proper.

Dated: 10/22/2025

Respectfully submitted,

Nameah Helaire
910 Pollard St
Houston Tx 77020
470-285-0714
Pro Se Plaintiff