United States District Court
Southern District of Texas
**ENTERED**
October 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Nameah Helaire, | § § § | |
| *Plaintiff,* | § § | |
| | § | Civil Action No. 4:25-cv-03547 |
| v. | § § | |
| Houston Police Department, *et al.*, | § § | |
| *Defendants.* | § § | |

## ORDER DENYING ENTRY OF DEFAULT

On October 22, 2025, Plaintiff Nameah Helaire filed a request for entry of default against Defendant Houston Police Department. Dkt. 13; *see also* Dkt. 14. Plaintiff asserts that Defendant was served on September 4, 2025. Dkt. 13. She further maintains that she filed the proof of service with the Court on that date. *Id.* But no such proof of service has been filed. Instead, the only returns of service relate to other named defendants: Amtaro Montoya, Angel August, and Antonio Villareal. Dkt. 6, 7, 8. The record does not even indicate that Plaintiff has properly sought formal issuance of summons for Houston Police Department, among other defendants.

It is therefore **ORDERED** that Plaintiff's request for entry of default (Dkt. 13) is **DENIED WITHOUT PREJUDICE** to being requested anew upon properly effectuating and filing proof of valid service. Plaintiff's further

request for entry of default judgment, Dkt. 14, which is potentially available *only* if default is first entered by the clerk, is **DENIED** as moot.

It is further **ORDERED** that Plaintiff must file proof of valid service for Houston Police Department, Daniel Nunez, Christian Rome, and the Harris County District Attorney's Office by **November 21, 2025**.[1]  **Failure to do so may result in dismissal of all claims against any or all defendants who have not been timely served**.  *See* Fed. R. Civ. P. 4(m).

The clerk of court is directed to send a copy of this Order, by email and regular mail, to Plaintiff's record addresses.

Signed on October 27, 2025, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge

---

[1] This deadline gives Plaintiff about 30 days beyond the default, 90-day timeframe to effectuate service.  *See* Fed. R. Civ. P. 4(m).  The return of service as to Christian Rome indicates that he was not served because he no longer works at the address that Plaintiff provided.  Dkt. 9 (unexecuted return).