United States District Court
Southern District of Texas

**ENTERED**

December 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| Nameah Helaire, | § § § | |
| *Plaintiff,* | § § § | Civil Action No. 4:25-cv-03547 |
| v. | § § | |
| Houston Police Department, *et al.,* | § § | |
| *Defendants.* | § § | |

## ORDER INSTRUCTING NOT TO SERVE

A docket entry on December 17, 2025 reflects that a summons was issued as to Houston Police Department ("HPD") and the Harris County District Attorney's Office ("HCDA"). Because Plaintiff Nameah Helaire is proceeding in forma pauperis under 28 U.S.C. § 1915, the rules would generally entitle her to have the summons served by the U.S. Marshals office. Fed. R. Civ. P. 4(c)(3). That is not so with respect to HPD and HCDA, however, because the undersigned judge has already issued a recommendation that Plaintiff's claims against HPD and HCDA be dismissed for failure to timely serve those defendants, despite being granted an extension to do so. *See* Dkt. 25 (December 8, 2025, Memorandum and Recommendation (the "M&R")). Plaintiff's objections to that M&R, Dkt. 28, have not been resolved.

Plaintiff cannot circumvent the pending recommendation to dismiss all her claims against HPD and HCDA.  It is therefore **ORDERED** that the U.S. Marshals are *not to serve* HPD or HCDA unless and until the district judge declines to adopt the M&R.  And unless and until Plaintiff obtains a favorable ruling on her objections to the M&R, she is barred from bringing HPD or HCDA into this suit.

The Clerk of Court is directed to send a copy of this Order to Plaintiff by email and regular mail to her record addresses.

Signed on December 18, 2025, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge