United States District Court
Southern District of Texas

**ENTERED**
June 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NAMEAH HELAIRE, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-03547 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| ANTONIO VILLAREAL, | § | |
| *et al*, | § | |
| Defendants. | § | |

**ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION**

Plaintiff Nameah Helaire proceeds here *pro se*. She brings claims for various violations of her civil rights under 42 USC §1983. See Dkt 1 at 4. The matter was referred for disposition to Magistrate Judge Yvonne Ho. Dkt 4.

Pending is a motion by Defendant Antonio Villareal to dismiss the claims against him based on qualified immunity and Rule 12(b)(6) of the Federal Rules of Civil Procedure. See Dkt 12 at 4–7. Plaintiff failed to respond to the motion. Prior order adopted a Memorandum and Recommendation of the Magistrate Judge recommending that the claims against certain unserved Defendants be dismissed without prejudice. See Dkt 37; see also Dkt 25 (Memorandum and Recommendation).

Judge Ho recommends that the motion to dismiss be granted and that all claims against Villareal be dismissed with prejudice under Rule 12(b)(6) and 28 USC §1915(e)(2)(B)(ii). See Dkt 41 at 15. She notes that Plaintiff failed to respond to the motion and thus failed to rebut the asserted defense of qualified immunity. Id at 6–7. She also determined that Defendant is entitled to qualified immunity as to Plaintiff's false arrest claims, such claims

are also time-barred, and the complaint otherwise fails to state plausible claims against Villareal under federal or state law. See id at 7–15.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 41.

The motion by Defendant Antonio Villareal to dismiss is GRANTED. Dkt 12.

All claims against Defendant Antonio Villareal are DISMISSED WITH PREJUDICE.

Plaintiff's claims against Defendants Amtaro Montoya and Angel August continue.

SO ORDERED.

Signed on ___June 03, 2026___, at Houston, Texas.

_____

Honorable Charles Eskridge
United States District Judge

2